**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-00866 (RLW) |
| ) | |
| U.S. AIR FORCE ) | |
| ) | |
| and ) | |
| ) | |
| U.S. SECRET SERVICE ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendants U.S. Air Force and U.S. Secret Service hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

2

Dated: July 19, 2012                                              Respectfully submitted,


JUDICIAL WATCH, INC.                                   STUART F. DELERY
                                                                         Acting Assistant Attorney General

/s/ David Rothstein
DAVID ROTHSTEIN                                        JOHN R. TYLER
D.C. Bar No. 450035
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172                                                 /s/ Karen Seifert
                                                                         KAREN P. SEIFERT
*Attorneys for Plaintiff*                                  Trial Attorney (NY Bar)
                                                                         United States Department of Justice
                                                                         Civil Division, Federal Programs Branch
                                                                         20 Massachusetts Avenue, N.W.
                                                                         Washington, D.C. 20001
                                                                         Ph: (202) 305-0891
                                                                         Fax: (202) 616-8470
                                                                         karen.p.seifert@usdoj.gov

                                                                         *Counsel for Defendants*